Lowell W. Finson (SNB 275586)
**PHILLIPS LAW FIRM**
2101 Rosecrans Avenue, Suite 3290
El Segundo, CA 90245
Tel: (877)480-9142 / Fax: (213)330-0346
lowell@justiceforyou.com

*Attorney for Plaintiffs*

```
          FILED
CLERK, U.S. DISTRICT COURT
      MAY 22, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY:_____PMC_____ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Solomon, a individual,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., and DOES 1 -10, inclusive<br><br>Defendants. | No.: 2:13-cv-08241-SVW-E<br>ORDER ON<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>IT IS SO ORDERED:<br><br>[signature]<br><br>Dated: _____<br>05/22/2014  STEPHEN V. WILSON<br>          U.S. DISTRICT JUDGE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Jeffrey Solomon's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

DATED: May 19, 2014               **PHILLIPS LAW FIRM**


                                  By:   /s/ Lowell W. Finson
                                        Lowell W. Finson

                                  Attorneys for Plaintiffs

– 1 –

1  DATED: May 19, 2014                **REED SMITH LLP**

2

3                                      By: /s/ Michael K. Brown (with consent)
                                           Michael K. Brown
4                                          Attorneys for Defendants
                                           Medtronic, Inc. and Medtronic Sofamor
5                                          Danek USA, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28